IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES E. KENNEDY, | ) | 4:06CV3167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COOPERATIVE PRODUCERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HEARTLAND COOP, | ) | |
| | ) | |
| Substituted Defendant. | ) | |

This matter is before the court on its own motion. The plaintiff has filed an Amended Complaint (filing 20) which lacks an electronic signature. The absence of signature was called to the plaintiff's attention by a November 13, 2006 docket sheet entry by the Clerk of the court. The plaintiff has not remedied the absence of a signature. I will order the plaintiff to submit a second amended complaint, identical in substance to the amended complaint filed as document no. 20, which contains an electronic signature. This action is subject to dismissal absent compliance with this order.

Therefore,

IT IS ORDERED:

1.  The plaintiff shall file a Second Amended Complaint, identical in substance to the unsigned Amended Complaint submitted as filing 20, on or before December 18, 2006;

2. If filed, the Second Amended Complaint will date back to the date the original complaint was filed, as provided in the court's October 31, 2006 order (filing 19); and

3. In the absence of timely compliance with this order, this action will be dismissed without further notice pursuant to Fed. R. Civ. P. 41 and NECivR 41.1

December 4, 2006                    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge