IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. KENNEDY, ) | 4:06CV3167 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| HEARTLAND COOP, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Plaintiff's motion (filing 31) for an extension of time in which to respond to the pending motion to dismiss (filing 28). I will grant the motion.

Accordingly,

IT IS ORDERED that the motion in filing 31 is granted and Plaintiff shall have until December 28, 2006 to respond to the pending motion to dismiss (filing 28).

December 6, 2006               BY THE COURT:

                               *s/Richard G. Kopf*
                               United States District Judge